IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEROME A. TATAR,<br><br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, LOANCARE, LLC and CIT BANK NA,<br><br>    Defendants. | Civil Action No. 1:18-cv-6857<br><br>Hon. Charles R. Norgle, Sr. |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Defendant Experian Information Solutions, Inc., ("Experian"), through the undersigned counsel of record, hereby states that the following listed parties have a direct, pecuniary interest in the outcome of this case. This submission is made pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2 and to enable the Court to evaluate possible disqualification or recusal:

Parent Companies: The ultimate parent company of Experian is Experian plc.

Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    Central Source LLC

    Online Data Exchange LLC

    New Management Services LLC

    VantageScore Solutions LLC

    Opt-Out Services LLC

Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is a Jersey registered company which is publicly traded on the London Stock Exchange.

Dated: November 9, 2018

Respectfully submitted,

*/s/ Nicole Langston*

Nicole Langston
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Telephone: (312) 269-4164
Facsimile: (312) 782-8585
nlangston@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*