# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEROME A. TATAR, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:18-cv-06857 |
| EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, LOANCARE, LLC and CIT BANK NA, | ) Judge Charles R. Norgle, Sr. ) ) ) ) |
| Defendant. | ) |

## EQUIFAX INFORMATION SERVICES LLC'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Defendant Equifax Information Services LLC. ("Equifax") respectfully requests that this Court enter an order extending the time to answer or otherwise respond to Plaintiff's Complaint to December 13, 2018. In support of this motion, Equifax states as follows:

1. Plaintiff filed Complaint with this Court on October 12, 2018.

2. Equifax was served with the Complaint on October 18, 2018.

3. This Court previously granted an extension through and including November 29, 2018 for Equifax to answer or otherwise respond to the Complaint.

4. This request is not made for the purpose of delay or harassment, and no party will be prejudiced by the additional time for Equifax to answer or otherwise respond.

5. Equifax is still reviewing the allegations and conducting an investigation into the allegations in order to prepare its answer. Also, the parties are actively engaged in settlement discussions. Accordingly, Equifax respectfully requests an extension through and including December 13, 2018 within which to file its answer or other responsive pleading in this matter.

6. On November 29, 2018, counsel for Equifax requested, and counsel for Plaintiff agreed, that Equifax may have up to and including December 13, 2018 to file its Answer or otherwise respond to Plaintiff's Complaint, subject to the Court's approval.

7. This is Equifax's second request for an extension of time to answer or otherwise respond to the Complaint.

WHEREFORE, Equifax respectfully requests that the Court extend the time for it to answer or otherwise respond to Plaintiff's Complaint until December 13, 2018.

Respectfully submitted,

POLSINELLI PC

 */s/ Rodney L. Lewis*
Rodney L. Lewis
Polsinelli PC
150 North Riverside Plaza, Suite 3000
Chicago, Illinois 60606
Telephone: (312) 819-1900
Facsimile: (312) 819-1910
rodneylewis@polsinelli.com

ATTORNEYS FOR DEFENDANT EQUIFAX
INFORMATION SERVICES LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 29th day of November, 2018.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

Stephanie R. Tatar
Steven J. Uhrich
ZAMPARO LAW GROUP, P.C.
2300 Barrington Road
Suite 325
Hoffman Estates, IL 60169
steven@zamparolaw.com
stephanie@zamparolawc.com

*Attorneys for Plaintiff*

 /s/ Rodney L. Lewis
Attorney for Defendant Equifax Information Services LLC