**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JEROME A. TATAR,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:18-cv-06857 |
| | ) | |
| **EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, LOANCARE, LLC and CIT BANK NA,** | ) ) ) ) | Judge Charles R. Norgle, Sr. |
| | ) | |
| Defendants. | ) | |

## NOTICE OF UNOPPOSED MOTION

TO:  See attached Certificate of Service.

PLEASE TAKE NOTICE that on the **December 7, 2018** at **9:30 a.m.,** or as soon thereafter as counsel may be heard, the undersigned shall appear before the **Honorable Charles R. Norgle, Sr.**, in **Courtroom 2341** of the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, and shall then and there present **UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**, a copy of which is hereby attached and served upon you.

Dated: November 29, 2018    Polsinelli PC

By: */s/ Rodney L. Lewis*
    Rodney L. Lewis
    Mary Kathryn Curry
    POLSINELLI PC
    150 N. Riverside Plaza, Suite 3000
    Chicago, Illinois 60606
    (312) 819-1900 – Telephone
    (312) 819-1910 – Facsimile
    rodneylewis@polsinelli.com
    mkcurry@polsinelli.com

    *Attorneys for Defendant Equifax Information Services, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29th day of November, 2018 a copy of the foregoing has been filed electronically with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record, namely:

Stephanie R. Tatar
Steven J. Uhrich
ZAMPARO LAW GROUP, P.C.
2300 Barrington Road
Suite 325
Hoffman Estates, IL 60169
steven@zamparolaw.com
stephanie@zamparolawc.com

*Attorneys for Plaintiff*

/s/ Rodney L. Lewis