UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Jerome A. Tatar
                     Plaintiff,

v.                                                   Case No.: 1:18−cv−06857

                                                    Honorable Charles R. Norgle Sr.

Experian Information Solutions, Inc., et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 6, 2018:

      MINUTE entry before the Honorable Charles R. Norgle: Motion for extension of time to answer [21] is granted. The parties are not required to appear before the court on Friday, December 7, 2018. An Agreed Written Status Report is due on 3/1/2019. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.